# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**

Crystal Tonesia Cooper

Debtor(s)

Case No.: 11 B 36766
Chapter: 13

Judge Jack B. Schmetterer

---

### NOTICE OF WITHDRAWAL OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT RULE 3002.1 FILED ON 07/03/13

---

Now comes the Movant, OCWEN LOAN SERVICING, LLC AS SERVICER FOR ALLY BANK, by its attorneys, Codilis & Associates, P.C., and hereby withdraws its Proof of Claim filed on 07/03/13 on behalf of OCWEN LOAN SERVICING, LLC AS SERVICER FOR ALLY BANK, as it was filed in error.

 /s/ Jose Moreno
Attorney for Movant

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Jessica S. Naples ARDC#6304951
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-11-21597)**

NOTE: This law firm is deemed to be a debt collector.

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Withdrawal upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on July 9, 2013.

Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe, Suite 3850, Chicago, IL 60603
Crystal Tonesia Cooper, Debtor(s), 9022 S Cregier, Chicago, IL 60617
Jonathan D Parker, Attorney for Debtor(s), 55 E. Monroe St. #3400, Chicago, IL 60603

   /s/ Jose Moreno
   Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Jessica S. Naples ARDC#6304951
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-11-21597)**

NOTE: This law firm is deemed to be a debt collector.